### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

ILA WOMACK-GREY                                    CIVIL ACTION


VERSUS                                             NUMBER: 08-3956

WARDEN, LOUISIANA CORRECTIONAL                     SECTION: "B"(6)
INSTITUTE FOR WOMEN


## ORDER AND REASONS


Finding that the record and applicable law support the Magistrate Judge's Report and Recommendation, Record Document Number 18, and further finding that *pro se* petitioner Wormack-Grey's objections, Record Document Number 19, are meritless, **IT IS ORDERED** that:

(1) Petitioner's objections are overruled;

(2) The Magistrate Judge's Report and Recommendation are adopted as the opinion of the Court; and

(3) The instant § 2254 *habeas* petition is **DISMISSED**.

New Orleans, Louisiana, this 27th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE